THIS IS TO CERTIFY that the foregoing is a true and correct copy of a document filed in our office.

Dated: 02/08/2023

**/s/** Mari Heuerman
Deputy Clerk of the U.S. Bankruptcy Court WAWB

**Repeat, CounDue, DebtEd, Dom**

# U.S. Bankruptcy Court
## Western District of Washington (Seattle)
### Bankruptcy Petition #: 23-10211-MLB

*Date filed:* 02/07/2023
*341 meeting:* 03/08/2023 11:00 AM
*Deadline for filing claims:* 04/18/2023

*Assigned to:* Marc Barreca
Chapter 13
Voluntary
Asset

*Debtor*
**Jason Elliott Gallery**
1611 220th Place SW
Lynnwood, WA 98036
SNOHOMISH-WA
SSN / ITIN: xxx-xx-4859

represented by **Melissa A Huelsman**
Law Offices of Melissa A. Huelsman
705 Second Avenue
Suite 606
Seattle, WA 98104
206-447-0103
Fax : 206-673-8220
Email: huelsmanlaw@comcast.net

*Trustee*
**Jason Wilson-Aguilar**
600 University St #1300
Seattle, WA 98101
206-624-5124

*US Trustee*
**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101
(206) 553-2000

| Filing Date | # | Docket Text |
|---|---|---|
| 02/07/2023 | 🌐 1 (9 pgs) | DOCKETED IN ERROR, incorrect pdf attached. See docket #2 for correct Voluntary Petition pdf. ~~Chapter 13 Voluntary Petition, Individual, . Statement of Financial Affairs due 02/22/2023. Schedules A-J due 02/22/2023. Summary of schedules due 02/22/2023. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period, Form 122C-1 Due 02/22/2023 Chapter 13 Plan due 02/22/2023. Incomplete Filings due by 02/22/2023. Filed by Melissa A Huelsman of Law Offices of Melissa A. Huelsman on behalf of Jason Elliott Gallery (Huelsman, Melissa)~~ Modified on 2/8/2023 (MEH). (Entered: 02/07/2023 at 07:31:41) |
| 02/07/2023 | | **Receipt of filing fee for Chapter 13 Voluntary Petition ( 23-10211) [misc,1030] ( 313.00). Receipt number A27760168. Fee amount $ 313.00.** (U.S. Treasury) (Entered: 02/07/2023 at 07:33:22) |

| | | |
|---|---|---|
| 02/07/2023 | 2 (10 pgs) | Amendment to *Bankruptcy Petition to include correct filing*. Filed by Melissa A Huelsman on behalf of Jason Elliott Gallery. (Huelsman, Melissa) (Entered: 02/07/2023 at 15:10:51) |
| 02/07/2023 | 3 (1 pg) | Social Security Number(s) of Debtor(s) Submitted. PDF only viewable by court. Filed by Melissa A Huelsman on behalf of Jason Elliott Gallery. (Huelsman, Melissa) (Entered: 02/07/2023 at 15:12:20) |
| 02/07/2023 | 4 (1 pg) | Initial Statement About an Eviction Judgment . Filed by Melissa A Huelsman on behalf of Jason Elliott Gallery. Incomplete form. Rental Deposit was not received. Missing case number on pdf. (Huelsman, Melissa) Modified on 2/8/2023 to indicate missing information (MEH). (Entered: 02/07/2023 at 15:15:08) |
| 02/08/2023 | | ** Repeat Filer ** for debtor Jason Elliott Gallery Case Number 21-11363, Chapter 13 filed in Washington Western Bankruptcy Court on 07/15/2021 , Dismissed for Failure to File Information on 09/03/2021; Case Number 19-13404, Chapter 13 filed in Washington Western Bankruptcy Court on 09/12/2019 , Dismissed for failure to make plan payments on 12/09/2019. (Admin) (Entered: 02/08/2023 at 04:56:03) |
| 02/08/2023 | 5 (1 pg) | Notice of Deficient Filing . (MEH) (Entered: 02/08/2023 at 10:50:19) |
| 02/08/2023 | 6 | Notice of 341(a) Meeting of Creditors with Trustee Jason Wilson Aguilar . With 341(a) meeting to be held on 3/8/2023 at 11:00 AM at Telephonic Creditors Meeting Chapter 13 Seattle. Confirmation hearing is scheduled for 4/12/2023 at 09:00 AM at Everett ZoomGov Hearing. (MEH) (Entered: 02/08/2023 at 11:24:13) |
| 02/08/2023 | 7 (2 pgs) | Debtors Failure to File Required Certification and Notice of Service of Certified Copy of Docket Report . (TDB) (Entered: 02/08/2023 at 14:25:06) |