Form ntcrent (01/2019)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
    Jason Elliott Gallery

    Debtor(s).

Case Number: 23−10211−MLB
Chapter: 13

**NOTICE PURSUANT TO 11 U.S.C § 362(1)(4)(B)**
**AND CERTIFIED COPY OF DOCKET REPORT**

To the Debtor(s), Debtor's Attorney, if any, and Lessor:

Pursuant to U.S.C. § 362(1)(4)(B), you are being served with a certified copy of the docket report in this case indicating the absence of the requirements under 11 U.S.C. § 362(1)(1) or (2). The exception to the automatic stay set forth in 11 U.S.C. § 362(b)(22) may apply.

Dated: February 8, 2023

                                        Gina Zadra Walton
                                      Clerk of the Bankruptcy Court